UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS, CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:96CV976 CDP ) |
| RKK INDUSTRIAL SERVICES, INC., | ) ) ) ) |
| Defendant. | ) |

## ORDER

On November 28, 2006, I issued a show cause order ordering defendant RKK Industrial Services, Inc. to show cause, by January 16, why the judgment should not be revived as requested by the plaintiffs. At that time, I also ordered plaintiffs to serve a copy of that order upon defendant and to promptly file proof of service. Plaintiffs have not yet filed proof of service with this court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall file proof of service with the Clerk of the Court by **February 1, 2007**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a proposed order reviving the judgment on that same date.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of January, 2007.